IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ERICK GACHUHI WANJIKU,**<br><br>　　**Plaintiff,**<br><br>v.<br><br>**JOHNSON COUNTY, KANSAS, et al.,**<br><br>　　**Defendant.** | Case No. 15-cv-02658-DDC-TJJ |

## ORDER

Plaintiff filed this lawsuit *pro se* on March 13, 2015 (Doc. 1). It names three defendants—Johnson County, Kansas, the Lenexa Police Department, and Detective Steve Grigsby—and alleges that they arrested him on a false allegation and illegally detained him for nearly a year. On this same day, plaintiff filed a motion to proceed without prepayment of fees (Doc. 3). Magistrate Judge Theresa J. James reviewed plaintiff's motion and the accompanying financial affidavit and submitted a Report and Recommendation to this Court (Doc. 4). Judge James' Report concluded that plaintiff has failed to establish that his access to the courts would be seriously impaired if the Court denied him *in forma pauperis* status and advised that plaintiff's motion be denied.

Neither party filed a written objection to Judge James' Report within Federal Rule of Civil Procedure 72(a)'s 14-day time limit. After carefully considering Judge James' Report and Recommendation, the Court adopts it in full.

**IT IS THEREFORE ORDERED BY THE COURT** Judge James' Report and Recommendation (Doc. 4) is adopted in full. Plaintiff's motion to proceed without prepayment of fees (Doc. 3) is denied. The Court orders plaintiff to prepay the full filing fee within 30 days

of this Order.  If plaintiff fails to pay the filing fee within 30 days, the Court will dismiss his case.

**IT IS SO ORDERED.**

**Dated this 18th day of May, 2015, at Topeka, Kansas**

<u>**s/ Daniel D. Crabtree**</u>
**Daniel D. Crabtree**
**United States District Judge**

2